No. 03–953. USX CORP. ET AL. *v.* ADRIATIC INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–954. TIERNEY ET AL. *v.* JOHN HANCOCK FINANCIAL SERVICES, INC., ET AL. App. Ct. Mass. Certiorari denied.

No. 03–956. BOY SCOUTS OF AMERICA ET AL. *v.* WYMAN, IN HER CAPACITY AS COMPTROLLER OF THE STATE OF CONNECTICUT AND AS A MEMBER OF THE CONNECTICUT STATE EMPLOYEE CAMPAIGN COMMITTEE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–957. WILLIAMS *v.* WARNER, GOVERNOR OF VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–964. OAKLEY *v.* WEBSTER BANK ET AL. Sup. Ct. Conn. Certiorari denied.

No. 03–967. KANG *v.* BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–970. SCHMITZ *v.* M&M/MARS, A DIVISION OF MARS, INC. C. A. 9th Cir. Certiorari denied.

No. 03–971. RODRIGUEZ *v.* HFP, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–983. JONES *v.* NORFOLK SOUTHERN RAILWAY CO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 03–991. GUILBEAUX *v.* GRASSO PRODUCTION MANAGEMENT, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–994. BROWN, IN HER CAPACITY AS SPECIAL REPRESENTATIVE FOR REEVES, DECEASED, ET AL. *v.* STUMPF ET AL., COTRUSTEES OF S & S LAND TRUST, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.